No. 6,892.—In re ARNOT'S ESTATE. W. E. ARNOT, Appellant, *v.* THOMAS G. MOONEY, Public Administrator, Respondent.

Decided October 8, 1931.

PER CURIAM.—Pursuant to stipulation of counsel it is ordered that the appeal herein be, and the same is hereby, dismissed, each party to pay his own costs incurred on appeal.

*Mr. Otis A. Hallett* and *Messrs. Hurd, Hall & McCabe,* for Appellant.

*Mr. Clarence H. Roberts* and *Mr. James T. Shea,* for Respondent.